JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE SCOTT, | Case No. CV 18-9525-JLS (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| A. SHITTU, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: July 2, 2019

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge